ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 JAN 11 P 3: 28
CLERK_____
S.D. DIST. OF GA.

| | |
|---|---|
| CARLOS MORALES MENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 311-095 |
| ) | |
| MRS. POPE, Counselor, Wheeler ) | |
| Correctional Facility, and WARDEN RICH, ) | |
| Deputy Warden of Care and Treatment, ) | |
| Wheeler Correctional Facility, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice.

SO ORDERED this 10 day of January, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE